IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN Z. JOHNINSON, SR.,** *et al.*                                                                 PLAINTIFFS

v.                             **CASE NO. 4:20-CV-01074-BSM**

**USA,** *et al.*                                                                                          DEFENDANTS

## ORDER

John Z. Johninson, Sr. was given thirty days to amend his complaint, Doc. No. 2, but has failed to do so. His complaint is, therefore, dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 5th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE