IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN Z. JOHNINSON, SR.,** *et al.* **PLAINTIFFS**

**v.** **CASE NO. 4:20-CV-01074-BSM**

**USA,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of November, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE